RALPH C. FARNSWORTH, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Farnsworth* v. *N. Y. C. & H. R. R. R. Co.*, 102 App. Div. 621, affirmed. (Argued February 9, 1906; decided February 27, 1906.)

APPEAL from a judgment, entered March 16, 1905, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed a final judgment

in favor of defendant, entered upon a former reversal by the Appellate Division of an interlocutory judgment of Special Term sustaining a demurrer to the complaint.

*Ernest B. Millard* for appellant.

*H. E. Rourke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.